IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEYER-CHATFIELD CORP. : | |
|     Plaintiff, : | Civil Action No. |
|     v. : | |
| ARNOLD WINICK; : | |
| DAVID SCHWARTZ; : | |
| JOSEPH BYRD; : | |
| WILLIAM BORCHERT; : | (Removal of Action) |
| DANIEL BARBAREE; : | |
| JOSEPH SAVINO; and : | |
| THE SAVINO FINANCIAL GROUP : | |
|     Defendants : | |

## NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

Defendants, Arnold Winick William Borchert and Daniel Barbaree, by and through their undersigned counsel, Alan L. Frank Law Associates, P.C., give notice to this Court of the removal to it from the Court of Common Pleas of Montgomery County, Pennsylvania of a civil action in which they are presently Defendants, and in support thereof, represent as follows:

1. Defendant Arnold Winick, along with David Schwartz, William Borchert, Daniel Barbaree, Joseph Byrd, Joseph Savino and the Savino Financial Group have been named by Plaintiff Meyer-Chatfield Corp. as defendants in a civil action in the state Court of Common Pleas of Montgomery County, Pennsylvania, docketed at Civil Action No. 2013-35595. A true and correct copy of the complaint therein is attached hereto as Exhibit "A."

2. The State Court where this action is filed is located in this federal judicial district.

3. As the Affidavit of Service filed by Plaintiff Meyer Chatfield Corp. indicates, Defendant Arnold Winick was served with the state complaint on April 25, 2014. The Affidavits of Service filed by Plaintiff Meyer Chatfield Corp. further indicate that Defendants Joseph

Savino and the Savino Financial Group were served with the state Court Complaint on April 18, 2014, Defendant David Schwartz was served with the state complaint on April 21, 2014, Defendant William Borchert was served with the state complaint on April 23, 2014, and Defendant Defendant Daniel Barbaree has not yet been served with the state court complaint.

    4.    Other that the Writ of Summons commencing this action, which was filed prior to the filing of the state court complaint, and the Affidavits of Service of the Complaint, no other papers have been filed or served in this action.

    5.    This notice of removal is timely filed within thirty (30) days of the date of service of the state court complaint (the initial pleading setting forth the claim for relief upon which the relief upon which the action is based).

    6.    This state action is one which may properly be removed to this Court under *28 U.S.C. § 1441* for the reasons that:

(a) Plaintiff asserts at Count One of its complaint a cause of action for "Violations of the Computer Fraud and Abuse Act- 18 U.S.C. §1030 (CFAA)";

(b) Plaintiff asserts at Count Two of its complaint a cause of action for "Civil Conspiracy to Violate the Computer Fraud and Abuse Act- 18 U.S.C. §1030 (CFAA)";

(c) This Court has original jurisdiction over such claims arising under the statutes of the United States pursuant to *28 U.S.C. § 1331*.

(d) In addition, Plaintiff's complaint raises issues of federal patent law which is also within the original and exclusive jurisdiction of the federal courts. Specifically, paragraph 25 of the complaint states, in relevant part:

> **25.    For purposes of designing, marketing and selling BOLI products, Meyer-Chatfield has expended substantial time, money and resources to develop certain confidential and/or proprietary information including, but not limited to, the**

**following:**

- **Three (3) patents related to the application of BOLI**
  ...

- **Copyrighted and other sales, marketing and training materials**
  ...

See Exhibit "A" attached hereto.

7. All defendants in the state action that have been served and who are not nominal defendants have joined in filing this notice. See Joinders/Consents to Notice of Removal collectively attached hereto as Exhibit "B".

8. A copy of this *Notice of Removal* is being served upon all parties and a certified copy will be filed with the Prothonotary of the Court of Common Pleas Montgomery County, Pennsylvania.

> Respectfully submitted,
> ALAN L. FRANK LAW ASSOCIATES, P.C.
>
> _____
> ALAN L. FRANK, ESQUIRE (#34414)
> SAMANTHA A. MILLROOD (#84700)
> 135 Old York Road
> Jenkintown, PA 19046
> T: 215.935.1000/F: 215.935.1110
> E-mail: afrank@alflaw.net
>         smillrood@alflaw.net
> Attorneys for Defendants Arnold Winick, William Borchert and Daniel Barbaree