IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEYER-CHATFIELD CORP. | : | |
|     Plaintiff, | : | Civil Action No. |
| v. | : | |
| ARNOLD WINICK; | : | |
| DAVID SCHWARTZ; | : | |
| JOSEPH BYRD; | : | |
| WILLIAM BORCHERT; | : | (Notice of Filing of Notice of Removal) |
| DANIEL BARBAREE; | : | |
| JOSEPH SAVINO; and | : | |
| THE SAVINO FINANCIAL GROUP | : | |
|     Defendants | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**To:** David L. Braverman, Esquire
Benjamin A. Garber, Esquire
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103
Attorneys for Plaintiff Meyer-Chatfield Corp.

**PLEASE TAKE NOTICE** that Defendants Arnold Winick, William Borchert and Daniel Barbaree, on May 14, 2014, filed in this Court a Notice of Removal of the state court action docketed in the Court of Common Pleas of Montgomery County, Pennsylvania, at Civil Action No. 2013-35595.

A Copy of the Notice of Removal is attached and served with this notice.

**PLEASE TAKE FURTHER NOTICE THAT** a certified copy of the Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania.

**PLEASE BE ADVISED** that by virtue of *28 U.S.C. § 1446(d)*, the state action is now removed to this Court. The state court has no further jurisdiction over this action and you should proceed no further in that court or under its authority.

        ALAN L. FRANK LAW ASSOCIATES, P.C.

        */s/ Alan L. Frank*
        ALAN L. FRANK, ESQUIRE (#34414)
        SAMANTHA A. MILLROOD (#84700)
        135 Old York Road
        Jenkintown, PA 19046
        T: 215.935.1000/F: 215.935.1110
        E-mail: afrank@alflaw.net
                smillrood@alflaw.net
        Attorneys for Defendants Arnold Winick, William Borchert and Daniel Barbaree